UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KIND PROJECT DOWNTOWN, LP, | No.  2:24-cv-02925 -DJC-CSK |
| Plaintiff - Appellee, | |
| v. | ORDER |
| LANITA J. LOYD, | |
| Defendant - Appellant. | |

Plaintiff originally filed this unlawful detainer action in Sacramento County Superior Court.  Defendant subsequently removed to federal court, but this Court ultimately remanded the case back to the Superior Court.  Defendant has now appealed this Court's decision to remand this action.  Presently before this Court is Defendant's Request to Proceed In Forma Pauperis on appeal.  Pursuant to Federal Rule of Appellate Procedure 24(a)(1), this request is properly before this Court.

On review of the affidavit provided by Defendant, it is apparent that Plaintiff has an inability to pay fees and costs.  *See* Fed. R. App. P. 24(a)(1)(A).  However, the Court ultimately denies Defendant's request to proceed in forma pauperis.  Under 28 U.S.C. § 1915(a)(3), an appeal may not be taken in forma pauperis where "the trial court certifies in writing that it is not taken in good faith."  After review of the record, the

1

Court finds that the appeal is frivolous and not taken in good faith. *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 7) is denied. *See* Fed. R. App. P. 24(a)(1); *see also* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

Dated:  **December 20, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE